IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-116-MOC-DCK

| | |
|---|---|
| PIPEFITTERS LOCAL NO. 636 DEFINED BENEFIT PENSION FUND, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiff, <br><br> v. <br><br> FAMILY DOLLAR STORES, INC., HOWARD R. LEVINE, MARY A. WINSTON AND MICHAEL K. BLOOM, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) **ORDER** ) ) ) ) ) ) ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 21) filed by Dhamian A. Blue, concerning Kathleen L. Barber on May 9, 2013. Ms. Barber seeks to appear as counsel *pro hac vice* for Plaintiff Pipefitters Local No. 636 Defined Benefit Pension Fund. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Application For Admission To Practice *Pro Hac Vice*" (Document No. 21) is **GRANTED.** Ms. Barber is hereby admitted *pro hac vice* to represent Plaintiff Pipefitters Local No. 636 Defined Benefit Pension Fund.

**SO ORDERED**.

Signed: May 10, 2013

David C. Keesler
United States Magistrate Judge